# RECONSIDERATION DOCKET

**00–490.   State ex rel. Davis v. Indus. Comm.**
Franklin App. No. 99AP–173. Reported at 90 Ohio St.3d 203, 736 N.E.2d 467. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.